Maryland / Washington, D.C.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770

P: (917) 408-6484
F: (301) 474 - 5730

LAW OFFICES
CHRISTOPHER MADIOU

New York
50 Broad Street, Suite 1609
New York, NY 10004

MadiouLaw.com
chris@madioulaw.com

July 21, 2025

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*By ECF*

Re: Travel Request
U.S. v. Nana Boffour Karikari, 25 Cr. 16 (LAP)

Dear Judge Preska,

I represent Nana Boffour Karikari in the above-mentioned case. Mr. Karikari was sentenced by Your Honor on May 13, 2025 to one year and one day incarceration. His self-surrender date is August 29, 2025 and he is currently released on bail with certain conditions, including a restriction on his travel.

I write to respectfully request modification of those conditions to permit Mr. Karikari to travel with his wife to Worcester, MA to attend a family wedding from Friday, August 15, 2025 to Monday, August 18, 2025. If approved by Your Honor, Mr. Karikari will provide Pretrial with his complete itinerary. The government, through AUSA Ross, and pretrial services, through Officer Jackson take no position on this request.

Thank you in advance for your consideration.

Sincerely,

Christopher Madiou
*Counsel for Nana Boffour Karikari*

SO ORDERED
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
7/21/25

Cc: AUSA Henry Ross (via ECF and email)
AUSA Getzel Berger (via ECF email)
U.S. Pretrial Services Officer Dominique Jackson, SDNY (via email)
U.S. Pretrial Services Officer Vakida J. Wilson, EDVA (via email)